```
                                                    Priority  ___
                                                    Send      ___
                                                    Enter     ___
                                                    Closed    ___
                                                    JS-5/JS-6  ✓
                                                    JS-2/JS-3 ___
                                                    Scan Only  ✓
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUE NA WU, | Case No. CV 12-3751-JFW (OP) |
| Petitioner, | JUDGMENT |
| v. | |
| ERICA G. SALDANA, Acting Deputy Field Director, | |
| Respondent. | |

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: _____9/4_____

HONORABLE JOHN F. WALTER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge